UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | | |
|---|---|---|
| DELORES PEARSON AND | ) | |
| RANDY PEARSON, | ) | |
| Plaintiffs, | ) | |
| | ) | No. 1:11-cv-00544 |
| -v- | ) | |
| | ) | HONORABLE PAUL L. MALONEY |
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION, | ) | |
| Defendant. | ) | |
| _____ | ) | |

## JUDGMENT

Having dismissed Plaintiffs' complaint, pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is

entered in favor of Defendant and against Plaintiffs Delores Pearson and Randy Pearson.

**THIS ACTION IS TERMINATED.**

**IT IS SO ORDERED.**

Date:   July 13, 2012              /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   Chief United States District Judge